IFP FORM Rev.0 1/08

ORIGINAL

cc: JAO/KSC/psa/Mr. Leong

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 8 2018

at _2_ o'clock and _40_ min _P_ M
SUE BEITIA, CLERK

State of Hawaii

_____
Plaintiff

vs.

Corey Leong
_____
Defendant

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER**

CV18 00372 JAO KJM

CASE NUMBER: 2FFC-18-0000027(4)

Date
Copy sent on: 09/28/18
Notes: mailed entire to
filed docs to
Mr. Leong

I, _____Corey Leong_____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or give security therefor and that I believe I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☒ Yes ☐ No  **(If "No" Do not use this form)**
   If "Yes" state the place of your incarceration. _MCCC_

2. Are you currently employed at the institution where you are confined?   ☒ Yes   ☐ No
   If the answer is "Yes" state the amount of your pay. _.25 ¢ per hour_

3. Do you have any other sources of income, savings, or assets?   ☐ Yes   ☒ No
   If "Yes," state the source and the amount of the payments. Attach an additional sheet if necessary.
   _____

4. Do you own real estate, stocks, bonds, securities, other financial instruments, automobiles, or other property?   ☐ Yes   ☒ No
   If "Yes" describe the property and state its value. _____

5. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   _Leo Kemfort & Helene Andaya. $0_

6. Have you been granted in forma pauperis status while a prisoner, in three or more prior actions which have been dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?
   ☐ Yes*   ☒ No

*You may not proceed in forma pauperis if as a prisoner, you have had three or more actions dismissed as frivolous, malicious, or for failure to state a claim, unless you are under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

I declare under penalty of perjury that the above information is true and correct.

_9-6-18_
DATE

_____ A4014453
SIGNATURE and PRISON NUMBER OF APPLICANT

IFP FORM Rev.0 1/08

## FINANCIAL CERTIFICATE AND CONSENT TO COLLECTION OF FEES

I request an authorized officer of the institution in which I am confined, or other designated entity, complete the Certificate below. I authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that if I cause a civil action to be opened, the filing fee is $350.00, and:

**(1)** **if my current account balance is sufficient to qualify as a pauper, yet in excess of $360.00, I will be granted in forma pauperis status for service purposes but will be required to immediately pay the filing fee in full.**

**(2)** **if my current account balance is sufficient to qualify as a pauper, and the amount in my account is below $350.00, I will be required to pay 20% of my average monthly balance, or 20% of the average monthly deposits to my account, whichever is greater, and thereafter I must pay installments of 20% of the preceding month's deposits to my account in months that my account balance exceeds $10.00.**

**(3)** **I must continue to make installment payments until the $350.00 filing fee is fully paid without regard to whether my action is closed or my release from confinement.**

An inmate granted in forma pauperis status in a habeas corpus action will not be required to make installment payments on the $5.00 filing fee. *See Naddi v. Hill*, 106 F.3d 275, 276 (9th Cir. 1997).

I declare under penalty of perjury that the above information is true and correct.

_9-6-18_____     _____ A4014453 _____
DATE                     SIGNATURE and PRISON NUMBER OF APPLICANT

---

## CERTIFICATE
(To be completed by the institution of incarceration)

1.   I certify that the applicant named herein has the sum of $ _42.87_____ on account [spendable and restricted] to his/her credit at __MCCL_____ (name of institution).

2.   I further certify that during the past six months the applicant's **average monthly balance** was $_7.11_____.

3.   I further certify that during the past six months the **average of monthly deposits** to the applicant's account was $_38.73____.

4.   I have attached a certified copy of the applicant's trust account statement showing transactions for the past six months.

_9-6-18 9/17/18_____     _____ A4014453 P.R. ____
DATE                     SIGNATURE OF AUTHORIZED OFFICER

*attach copy of prisoner's past six month's prison trust account balance statement*

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

State of Hawaii                    )
                                   )        . NO. _SFFC-14-0000027 (4)_
                                   )
                                   )
              vs.                  )     Declaration in Support of Request to
                                   )     Proceed in Forma Pauperis
                                   )
                                   )
Corey K Leong                      )
_____)

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, _Corey Leong_, declare that I am the petitioner in the above entitled case; that in support of my petition to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1.     Are you presently employed?        Yes _X_        No ____
       a.     If the answer is "yes," state the amount of your salary or wages per month, and
              give the name and address of your employer. _$50   MCCC   600  Wa'ale
              Drive  Wailuku  HI  96793_ _____
              _____

       b.     If the answer is "no," state the date of last employment and the amount of the
              salary and wages per month which you received. _____
              _____
              _____

2.     Have you received within the past twelve months any money from any of the following
       sources?
       a.     Business, profession or form of self-employment?
              Yes ___        No _X_
       b.     Rent payments, interest or dividends?
              Yes ___        No _X_
       c.     Pensions, annuities or life insurance payments?
              Yes ___        No _X_
       d.     Gifts or Inheritances?
              Yes _X_        No ___
       e.     Any other sources?
              Yes ___        No _X_

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. *$100 from family members*

3.  Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts.)

    Yes _X_        No ___
    If the answer is "yes," state the total value of the items owned. *$42.87*

4.  Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

    Yes ___        No _X_
    If the answer is "yes," describe the property and state its approximate value._____

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support._____ *Leo Kemfort and Helene Andaya. $0*

    I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on *9-6-18*.
    (date)

    _____
    Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ _____4287_____ on account to his credit at the ___MCCC_____MCCC_____ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said ___MCCC_____ institution:_____

_____

_____

_____

_____

P.R.

_____
Authorized Officer of Institution

CORRECTIONS INFORMATION SYSTEM

INMATE ACCOUNT BALANCES & ACTIVITY   From 17-MAR-2018 To 17-SEP-2018

**A4014453**      **LEONG, COREY**                                                                          **DORM 6**

ACCOUNT:  General                                                                      Spendable    Restricted

Starting Balance:

Transaction Details:

| Tran Type | Location | Line# | Date | Spendable | Restricted | Description | Ref No. | Chk No. | Spend Bal | Rest'd Bal |
|---|---|---|---|---|---|---|---|---|---|---|
| D | MCCC | 3375221 | 12-APR-2018 | $25.00 | | BONNIE D WARREN | 486072 | | $25.00 | |
| S | MCCC | 3376963 | 16-APR-2018 | -$24.03 | | STORE DELIVERY 17APR2018 | B-38 | 50878/ 50879 | $0.97 | |
| D | MCCC | 3379547 | 20-APR-2018 | $21.97 | | LVMPD/CLARK COUNTY DETENTION CENTER | 486149 | | $22.94 | |
| S | MCCC | 3382074 | 30-APR-2018 | -$22.14 | | STORE DELIVERY 01MAY2018 | B-39 | 50923/ 50924 | $0.80 | |
| S | MCCC | 3388106 | 14-MAY-2018 | -$0.50 | | STORE DELIVERY 15MAY2018 | B-45 | 50963/ 50964 | $0.30 | |
| S | MCCC | 3399510 | 12-JUN-2018 | -$0.27 | | STORE DELIVERY 13JUNE2018 | B-35 | 51051/ 51052 | $0.03 | |
| D | MCCC | 3408469 | 28-JUN-2018 | $15.00 | | BONNIE WARREN | 486906 | | $15.03 | |
| M | MCCC | 3408893 | 29-JUN-2018 | -$3.00 | | M-1/  26JUNE2018 | | 51044 | $12.03 | |
| S | MCCC | 3409446 | 02-JUL-2018 | -$11.01 | | STORE DELIVERY 03JULY2018 | 719 | 51113/ 51114 | $1.02 | |
| SR | MCCC | 3409479 | 02-JUL-2018 | $11.01 | | STORE DELIVERY 03JULY2018/TO BE REVISED | | 51113/ 51114 | $12.03 | |
| S | MCCC | 3409480 | 02-JUL-2018 | -$10.95 | | STORE DELIVERY 03JULY2018 | 719 | 51113/ 51114 | $1.08 | |
| D | MCCC | 3413040 | 11-JUL-2018 | $25.00 | | STAR KEMFORT | 487027 | | $26.08 | |
| D | MCCC | 3414539 | 12-JUL-2018 | $50.00 | | COLE WARREN | 487103 | | $76.08 | |
| S | MCCC | 3416242 | 16-JUL-2018 | -$18.79 | | STORE DELIVERY 17JULY2018 | 721 | 51149/ 51150 | $57.29 | |
| S | MCCC | 3421213 | 30-JUL-2018 | -$45.91 | | STORE DELIVERY 31JULY2018 | 716 | 51212/ 51213 | $11.38 | |
| P | MCCC | 3424202 | 03-AUG-2018 | $27.82 | | Section: MCCC  Unit: FSU | | | $39.20 | |
| P | MCCC | 3424203 | 03-AUG-2018 | | $7.81 | Section: MCCC  Unit: FSU | | | | $7.81 |
| S | MCCC | 3429003 | 13-AUG-2018 | -$17.45 | | STORE DELIVERY 14AUG2018 | 718 | 51267/ 51268 | $21.75 | |
| S | MCCC | 3434476 | 28-AUG-2018 | -$18.80 | | STORE DELIVERY 28AUG2018 | 630 | 51296/ 51297 | $2.95 | |
| P | MCCC | 3437165 | 05-SEP-2018 | $39.88 | | Section: MCCC  Unit: FSU | | | $42.83 | |
| P | MCCC | 3437166 | 05-SEP-2018 | | $19.87 | Section: MCCC  Unit: FSU | | | | $27.68 |
| S | MCCC | 3439905 | 10-SEP-2018 | -$27.64 | | STORE ORDER 11SEPT18 | 630 | 51356/ | $15.19 | |

STATE OF HAWAII DEPARTMENT OF PUBLIC SAFETY
CORRECTIONS INFORMATION SYSTEM

INMATE ACCOUNT BALANCES & ACTIVITY   From 17-MAR-2018 To 17-SEP-2018

**A4014453       LEONG, COREY**                                                    **DORM 6**

Transaction Details:
General:

| Tran Type | Location | Line# | Date | Spendable | Restricted | Description | Ref No. | Chk No. | Spend Bal | Rest'd Bal |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 51357 | | |
| | | | | | | Ending Balance: | | | $15.19 | $27.68 |

CASH RECEIPTS DETAILS

| Line# | Location | Amount | Date | Type | Description | Receipt# | Posted |
|---|---|---|---|---|---|---|---|
| 522211 | MCCC | $25.00 | 12-APR-2018 | CHECK | BONNIE D WARREN | 486072 | Y |
| 522780 | MCCC | $21.97 | 20-APR-2018 | CHECK | LVMPD/CLARK COUNTY DETENTION CENTER | 486149 | Y |
| 526885 | MCCC | $15.00 | 28-JUN-2018 | CHECK | BONNIE WARREN | 486906 | Y |
| 527582 | MCCC | $25.00 | 11-JUL-2018 | CHECK | STAR KEMFORT | 487027 | Y |
| 527792 | MCCC | $50.00 | 12-JUL-2018 | CHECK | COLE WARREN | 487103 | Y |

PAYROLL ENTRIES DETAILS

| Line# | Location | Hours | Earnings | Date | Section | Unit | Posted |
|---|---|---|---|---|---|---|---|
| 392505 | MCCC | 142.50 | $35.63 | 31-JUL-2018 | MCCC | FSU | Y |
| 394032 | MCCC | 75.00 | $18.75 | 31-AUG-2018 | MCCC | FSU | Y |
| 394092 | MCCC | 164.00 | $41.00 | 31-AUG-2018 | MCCC | STATE WL | Y |

Unauthorized access is prohibited by law.                                    Department of Public Safety - State of Hawaii